# KM&M

### K A U F F   M c G U I R E   &   M A R G O L I S   LLP

810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

MICHELE A. COYNE
DIRECT DIAL: (212) 909-0703
DIRECT FAX: (212) 909-3503
COYNE@KMM.COM

TELEPHONE (212) 644-1010

FAX (212) 644-1936

NEW YORK

LOS ANGELES

February 9, 2026

**MEMORANDUM ENDORSED**

**VIA ECF**

The Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/10/2026

Re:    *Talboys v. Hello Doggie, Inc.*
       Case No. 1:26-CV-00018-GHW

Dear Judge Woods:

As counsel to Defendant in the above-referenced matter, we are writing to respectfully request that the Court adjourn the Initial Pretrial Conference currently scheduled for March 4, 2026. This is the first request to adjourn this date. We are seeking this adjournment to comply with Rule 2.A of Your Honor's Individual Rules of Practice in Civil Cases requiring that principal trial counsel attend all conferences. The undersigned is scheduled to attend an all-day mediation on March 4, 2026. This adjournment would impact the dates on which the parties must file the Proposed Civil Case Management Plan and the joint letter advising the Court of the status of the case. Plaintiff's counsel consents to this request and counsel for both parties are available on March 16-19, 2026 to attend the adjourned date.

Thank you for your consideration of this matter.

Application granted. The initial pretrial conference scheduled for March 4, 2026 is adjourned to March 18, 2026 at 3:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.
Dated: February 10, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Respectfully submitted,

KAUFF MCGUIRE & MARGOLIS LLP

*/s/ Michele A. Coyne_____*
Michele A. Coyne

cc:    Counsel for Plaintiff (via ECF)

4929-2077-9108.1